UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

FILED
CHARLOTTE, NC

DEC 17 2009

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

| UNITED STATES OF AMERICA, | ) | DOCKET NO. 3:09mj305 |
|---|---|---|
| | ) | |
| v. | ) | ORDER TO SEAL COMPLAINT |
| | ) | |
| KEITH FRANKLIN SIMMONS | ) | |
| | ) | |

UPON MOTION of the United States of America, by and through Edward R. Ryan, United States Attorney for the Western District of North Carolina, for an order directing that the complaint, the supporting affidavit, the motion to seal and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the Motion to Seal and this Order and Complaint be sealed until further order of this court.

This 17th day of December, 2009.

_____
DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE