IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:09-MJ-305-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KEITH FRANKLIN SIMMONS, )<br>)<br>Defendant. )<br>) | **ORDER** |

**THIS MATTER** is before the Court on the Defendant's "Application For Admission to Practice *Pro Hac Vice*" (Document No. 8) filed December 23, 2009 of Mark P. Rankin, pursuant to Local Rule 83(B) of the Rules of the United States District Court for the Western District of North Carolina.

It appears that the person for whom leave to appear is sought, Mark P. Rankin of the law firm of Carlton Fields, is a member in good standing of the Bar of the State of Florida. It further appears that Mr. Rankin has associated Brian S. Cromwell of Parker Poe as local counsel.

**IT IS THEREFORE ORDERED** that Mark P. Rankin be permitted to appear *pro hac vice* in the above-captioned action pending in this Court as counsel appearing for Defendant.

Signed: December 23, 2009

David C. Keesler
United States Magistrate Judge