UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO.: 3:10cr23-RJC-DCK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| KEITH FRANKLIN SIMMONS | ) | |

THIS MATTER is before the Court on the Government's Motion to Dismiss Certain Real Property (Document No. 47) from the Consent Order and Judgment of Forfeiture. The Government represents that there is insufficient equity in the subject property to warrant completing forfeiture. No response has been filed to the government's motion.

For good cause shown, IT IS THEREFORE ORDERED THAT

1. The following property is hereby dismissed from the Consent Order and Judgment of Forfeiture (Dkt. 40):

Real property at 522 South Main Street, Jefferson, North Carolina 28694, identified in a deed recorded in the Ashe County, North Carolina Register of Deeds Office, Deed Book 365, Page 1835.

2. The Government will release the Order and Lis Pendens currently on file against the real property at 522 South Main Street, Jefferson, North Carolina by filing a copy of this Order in the Ashe County Register of Deeds.

Signed: May 24, 2011

David C. Keesler
United States Magistrate Judge