IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| vs. ) | CASE NO. DNCW3:10CR23-1 |
| ) | (Financial Litigation Unit) |
| KEITH SIMMONS. ) | |
| ) | |

## WRIT OF EXECUTION

TO THE UNITED STATES MARSHAL
and Safe Harbor Wealth Investments, Inc.:

A judgment was entered on June 11, 2012, (Doc No. 75) in the United States District Court for the Western District of North Carolina, in favor of the United States of America and against Defendant, Keith Simmons, whose last known address is XXXXX, XXXXXX, XX XXXXX, in the sum of $35,332,032.60. The balance on the account as of November 18, 2014 is $34,568,139.79.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property and Safe Harbor Wealth Investments, Inc. is commanded to **turn over property,** in a timely manner and no later than ninety (90) days after the date of the issuance of this Writ of Execution, in which Defendant, Keith Simmons, Social Security Number ***-**-2678, has a substantial nonexempt interest, the said property being any and all funds located in Safe Harbor Wealth Investments, Inc. accounts in the name of Jonathan Davey, at the following address:

Safe Harbor Wealth Investments, Inc.
Huntington Center, 41 South High St.
Georgia, Columbus 43287

SO ORDERED.

Signed: November 25, 2014

_____
David C. Keesler
United States Magistrate Judge